IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIMBERLY SCOTT                                                                                    PLAINTIFF

V.                                    CASE NO. 3:15-cv-00299-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered in this case on this date, judgment is entered for the Plaintiff, reversing the final decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 8th day of April, 2016.

_____
United States Magistrate Judge